Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| MATT JONES, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   5:22-cv-04486-BLF-SVK |
| | ) | |
| PGA TOUR, INC. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                                          Cameron Young

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Veritext Court Reporting<br>1400 Centrepark Blvd., Suite 605<br>West Palm Beach, FL 33401 | Date and Time:<br>05/01/2023 9:00 am |
|---|---|

The deposition will be recorded by this method:   Stenographic, audio, video, real-time reporting

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

See Attachment A.  Please produce any responsive documents by April 18, 2023.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   03/30/2023

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   LIV GOLF, INC.
_____ , who issues or requests this subpoena, are:

Rachel Brass, Gibson Dunn & Crutcher LLP, 555 Mission St., San Francisco, CA 94105, rbrass@gibsondunn.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

3/31/23 @ 2100 h

MB #0785