UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-mc-80701-RLR

YOUNG CAMERON,

        Petitioner,

v.

LIV GOLF INC.,

        Defendant.
_____/

## ORDER MEMORIALIZING DISCOVERY RULINGS (ECF No. 1)

On May 10, 2023, the Court held a hearing on Cameron Young's Motion to Quash Plaintiff's Subpoena for Documents and to Testify at a Deposition (ECF No. 1) (the "Motion"). This order memorializes the Court's rulings during the hearing.

1. The Motion is **GRANTED in part and DENIED in part**.

2. For the reasons stated on the record, Mr. Young's request to quash Plaintiff's subpoena for documents is granted and Mr. Young's request to quash Plaintiff's subpoena to testify at a deposition is denied.

3. This ruling is without prejudice to either party renewing their position if Judge Freeman modifies the trial scheduling order in the underlying case in the Northern District of California (Case No. 5:22-CV-04486-BLF).

**DONE and ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 11th day of May, 2023.

BRUCE E. REINHART
United States Magistrate Judge